158 A.3d 1180

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
DONNELL LOGAN, DEFENDANT–PETITIONER.

January 26, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003073–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

158 A.3d 1180

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. KATHERINE L. PARSONS, DEFENDANT–
PETITIONER.

January 26, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002552–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.